IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. ANDERSON, #156270, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv837-T |
| | ) | (WO) |
| DONAL CAMPBELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on September 21, 2005 (Doc. # 9), that defendant W. Moffett be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. # 9) be and is hereby ADOPTED, that the claims against defendant W. Moffett be and are hereby summarily DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B), and defendant W. Moffett be and is hereby DISMISSED as a defendant in this action.

Done this the 27th day of October, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE