IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL D. ANDERSON, #156270, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv837-T |
| ) | (WO) |
| DONAL CAMPBELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on September 21, 2005 (Doc. #8), that the plaintiff's motion for class certification be denied. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. #8) be and is hereby ADOPTED, and the plaintiff's motion for class certification be and is hereby DENIED.

Done this the 27th day of October, 2005.

        /s/ Myron H. Thompson        
UNITED STATES DISTRICT JUDGE