IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL D. ANDERSON, #156270,       )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    CIVIL ACTION NO.  2:05cv837-MHT
                                    )              (WO)
DONAL CAMPBELL, *et al.*,           )
                                    )
        Defendants.                 )

## ORDER

On December 9, 2005, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed.   (Doc. # 31).  Upon an independent review of

the file in this case and upon consideration of the Recommendation of the Magistrate Judge,

it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice

for failure of the plaintiff to comply with the orders of this court and his failure to properly

prosecute this action.

Done this the 23rd day of January, 2006.


                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE